| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| STERETT EQUIPMENT COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:22-CV-00476-MAC |
| PH STEEL, INC, J-3 METALS RECYCLING CENTER LLC, PWH HOLDINGS, LLC, CHRIS PROLER, REFINED METALS LLC, | § § § § § § | |
| Defendants. | § | |

## ACKNOWLEDGEMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#103) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the parties' voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 25th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE